AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratter, Gene E. | U.S. District Court, E.D. Pa. | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

10613 United States Courthouse
Sixth & Market Streets
Philadelphia, PA 19106-1723

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Cohen, Placitella & Roth (Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Committee On Rules Of Practice And Procedure | January 27-28, 2020 | Phoenix, AZ | Standing Rules Committee Conference | Transportation, lodging, meals |
| 2. | New York Bar Association | March 4-5, 2020 | New York, NY | Presenter at 2020 Antitrust Symposium | Transportation, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. Barclay's Bank | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Schwab Money Market Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 2. | BlackRock Low Duration - Retirement #5 | A | Dividend | K | T | | | | | |
| 3. | DFA Global Equity - Retirement #5 | B | Dividend | L | T | | | | | |
| 4. | Schwab Money Market Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 5. | BlackRock Low Duration - Retirement #6 | A | Dividend | K | T | | | | | |
| 6. | DFA Global Equity - Retirement #6 | B | Dividend | M | T | | | | | |
| 7. | DFA US Micro Cap - Retirement #7 | A | Dividend | | | Sold (part) | 01/10/20 | J | A | |
| 8. | DFA US Micro Cap - Retirement #7 | | None | | | Sold | 05/19/20 | K | D | |
| 9. | DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | M | T | | | | | |
| 10. | DFA International Small Value - Retirement #7 | B | Dividend | L | T | Sold (part) | 01/10/20 | J | A | |
| 11. | DFA International Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 12. | DFA US Small Cap Value - Retirement #7 | | None | | | Sold (part) | 01/10/20 | J | | |
| 13. | DFA US Small Cap Value - Retirement #7 | | None | | | Sold | 03/25/20 | K | A | |
| 14. | DFA US Large Cap Value - Retirement #7 | D | Dividend | N | T | Sold (part) | 01/10/20 | K | A | |
| 15. | Dodge & Cox Stock - Retirement #7 | E | Dividend | N | T | | | | | |
| 16. | First Eagle Overseas - Retirement #7 | A | Dividend | M | T | | | | | |
| 17. | Hotchkis & Wiley Mid Value - Retirement #7 | | None | | | Sold | 01/10/20 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Morgan Stanley International Equity - Retirement #7 | B | Dividend | M | T | | | | | |
| 19. Morgan Stanley Emerging Markets - Retirement #7 | B | Dividend | M | T | | | | | |
| 20. Royce Opportunity - Retirement #7 | | None | L | T | | | | | |
| 21. Schwab Money Market Fund - Retirement #7 | A | Dividend | L | T | | | | | |
| 22. Westcore Mid Cap Value - Retirement #7 | | None | | | Sold (part) | 01/10/20 | J | B | |
| 23. Westcore Mid Cap Value - Retirement #7 | | None | | | Sold | 05/22/20 | L | E | |
| 24. William Blair Large Growth - Retirement #7 | E | Dividend | N | T | | | | | |
| 25. Metropolitan West Total Return - Retirement #7 | E | Dividend | N | T | Buy (add'l) | 01/10/20 | K | | |
| 26. BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | | | | | |
| 27. Ivy Mid Growth - Retirement #7 | D | Dividend | M | T | Sold (part) | 01/10/20 | J | B | |
| 28. DFA Global Real Estate - Retirement #7 | B | Dividend | L | T | Sold (part) | 01/10/20 | J | B | |
| 29. William Blair Small Growth - Retirement #7 | D | Dividend | L | T | Sold (part) | 01/10/20 | J | A | |
| 30. Morgan Stanley AIP - Retirement #7 | | None | L | T | Sold (part) | 03/31/20 | M | A | |
| 31. Morgan Stanley AIP - Retirement #7 | | None | | | Sold (part) | 06/30/20 | K | A | |
| 32. Morgan Stanley AIP - Retirement #7 | | None | | | Sold (part) | 09/30/20 | K | A | |
| 33. DFA International Large Growth - Retirement #7 | B | Dividend | M | T | | | | | |
| 34. DFA Short Term Gov't - Retirement #7 | B | Dividend | N | T | Buy (add'l) | 01/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. DFA Short Term Gov't - Retirement #7 | | None | | | Sold (part) | 04/15/20 | K | A | |
| 36. DFA Short Term Gov't - Retirement #7 | | None | | | Sold (part) | 09/10/20 | K | A | |
| 37. DFA US Small Growth - Retirement #7 | | None | | | Sold (part) | 01/10/20 | J | | |
| 38. DFA US Small Growth - Retirement #7 | | None | | | Sold | 03/25/20 | K | A | |
| 39. DFA Intl Small Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 40. DFA Int Term Governement Bond - Retirement #7 | E | Dividend | N | T | | | | | |
| 41. AQR Defensive Equity - Retirement #7 | C | Dividend | N | T | Buy (add'l) | 01/10/20 | L | | |
| 42. DFA US Small Cap - Retirement #7 | A | Dividend | L | T | Buy | 05/19/20 | K | | |
| 43. Invesco QQQ - Retirement #7 | A | Dividend | M | T | Buy | 03/25/20 | L | | |
| 44. Invesco QQQ - Retirement #7 | | None | | | Buy (add'l) | 03/26/20 | J | | |
| 45. Invesco QQQ - Retirement #7 | | None | | | Buy (add'l) | 04/15/20 | K | | |
| 46. Ishares Russell Mid Cap Value - Retirement #7 | B | Dividend | M | T | Buy | 05/22/20 | L | | |
| 47. JP Morgan Hedged Equity - Retirement #7 | A | Dividend | M | T | Buy | 06/30/20 | M | | |
| 48. JP Morgan Hedged Equity - Retirement #7 | | None | | | Buy (add'l) | 09/30/20 | K | | |
| 49. JP Morgan Hedged Equity - Retirement #7 | | None | | | Buy (add'l) | 12/31/20 | K | | |
| 50. Schwab Money Market Fund - Trust #1 | A | Dividend | J | T | | | | | |
| 51. Dodge & Cox Stock - Trust #1 | D | Dividend | L | T | Buy (add'l) | 01/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Eagle Overseas - Trust #1 | A | Dividend | K | T | | | | | |
| 53. Hotchkis & Wiley Mid Cap Value - Trust #1 | | None | | | Sold | 01/10/20 | K | D | |
| 54. Morgan Stanley International Equity - Trust #1 | A | Dividend | K | T | | | | | |
| 55. Royce Opportunity - Trust #1 | | None | K | T | | | | | |
| 56. Westcore Mid Cap Value - Trust #1 | | None | | | Sold | 05/22/20 | K | C | |
| 57. DFA Tax Managed Marketwide Value - Trust #1 | B | Dividend | L | T | | | | | |
| 58. DFA US Micro Cap - Trust #1 | A | Dividend | | | Sold | 05/19/20 | K | A | |
| 59. DFA Intl Small Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 60. DFA Int'l Value - Trust #1 | B | Dividend | K | T | | | | | |
| 61. DFA US Small Value - Trust #1 | | None | | | Sold | 03/25/20 | J | B | |
| 62. DFA Short Term Muni - Trust #1 | A | Dividend | K | T | Sold (part) | 04/15/20 | J | A | |
| 63. DFA Short Term Muni - Trust #1 | | None | | | Sold (part) | 10/14/20 | J | A | |
| 64. Metropolitan West Total Return - Trust #1 | B | Dividend | K | T | Buy (add'l) | 01/10/20 | J | | |
| 65. William Blair Small Cap Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 66. DFA Global Real Estate - Trust #1 | A | Dividend | K | T | | | | | |
| 67. DFA Emerging Markets - Trust #1 | B | Dividend | L | T | | | | | |
| 68. DFA International Large Growth - Trust #1 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Ivy Mid Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 70. William Blair Large Growth - Trust #1 | C | Dividend | M | T | | | | | |
| 71. Thornburg Limited Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 72. DFA US Small Growth - Trust #1 | | None | | | Sold | 03/25/20 | J | A | |
| 73. Invesco QQQ - Trust #1 | A | Dividend | K | T | Buy | 03/25/20 | K | | |
| 74. Invesco QQQ - Trust #1 | | None | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 75. Invesco QQQ - Trust #1 | | None | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 76. AQR Defensive Equity - Trust #1 | B | Dividend | L | T | Buy<br>(add'l) | 01/10/20 | K | | |
| 77. DFA Intl Small Cap Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 78. Ishares Russell Mid Cap Value - Trust #1 | A | Dividend | K | T | Buy | 05/22/20 | K | | |
| 79. DFA Tax Mgd US Marketwide Value -<br>Brokerage #1 | B | Dividend | L | T | Sold<br>(part) | 09/29/20 | J | A | |
| 80. DFA US Small Value - Brokerage #1 | | None | | | Sold | 03/25/20 | J | B | |
| 81. DFA Emerging Markets Core Equity -<br>Brokerage #1 | A | Dividend | K | T | Sold<br>(part) | 09/18/20 | J | A | |
| 82. DFA Emerging Markets Core Equity -<br>Brokerage #1 | | None | | | Sold<br>(part) | 12/14/20 | J | A | |
| 83. DFA Tax Mgd International Value -<br>Brokerage #1 | A | Dividend | K | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 84. First Eagle Overseas - Brokerage #1 | A | Dividend | K | T | Sold<br>(part) | 12/14/20 | J | A | |
| 85. Morgan Stanley International Equity -<br>Brokerage #1 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Schwab Money Market Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 87.  Hotchkis & Wiley Mid Cap Value Brokerage #1 | | None | | | Sold | 01/10/20 | K | D | |
| 88.  William Blair Large Growth - Brokerage #1 | B | Dividend | L | T | Sold (part) | 01/10/20 | J | A | |
| 89.  William Blair Large Growth - Brokerage #1 | | None | | | Sold (part) | 06/09/20 | J | B | |
| 90.  William Blair Large Growth - Brokerage #1 | | None | | | Sold (part) | 08/21/20 | J | C | |
| 91.  William Blair Small Cap Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 92.  Westcore Mid Cap Value - Brokerage #1 | | None | | | Sold | 05/22/20 | J | C | |
| 93.  DFA Int'l Small Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 12/14/20 | J | A | |
| 94.  Metropolitan West Total Return - Brokerage #1 | D | Dividend | L | T | Sold (part) | 07/20/20 | J | B | |
| 95.  Metropolitan West Total Return - Brokerage #1 | | None | | | Sold (part) | 09/18/20 | J | A | |
| 96.  Metropolitan West Total Return - Brokerage #1 | | None | | | Sold (part) | 09/29/20 | J | A | |
| 97.  Thornburg Limitd Term Municipal - Brokerage #1 | B | Dividend | M | T | Sold (part) | 10/30/20 | J | A | |
| 98.  DFA Global Real Estate - Brokerage #1 | A | Dividend | J | T | | | | | |
| 99.  Dodge & Cox Stock - Brokerage #1 | A | Dividend | | | Sold | 04/03/20 | K | A | |
| 100.  Royce Opportunity - Brokerage #1 | | None | J | T | Sold (part) | 09/18/20 | J | A | |
| 101.  DFA US Micro Cap - Brokerage #1 | A | Dividend | | | Sold | 05/19/20 | J | B | |
| 102.  DFA Int'l Large Growth - Brokerage #1 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Ivy Mid Growth - Brokerage #1 | B | Dividend | K | T | Sold<br>(part) | 06/9/20 | J | B | |
| 104.  Ivy Mid Growth - Brokerage #1 | | None | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 105.  Ivy Mid Growth - Brokerage #1 | | None | | | Sold<br>(part) | 09/29/20 | J | B | |
| 106.  DFA Short Term Muni - Brokerage #1 | A | Dividend | | | Sold<br>(part) | 09/29/20 | J | A | |
| 107.  DFA Short Term Muni - Brokerage #1 | | None | | | Sold | 10/01/20 | L | A | |
| 108.  DFA Intl Small Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 109.  AQR Defensive Equity - Brokerage #1 | A | Dividend | L | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 110.  AQR Defensive Equity - Brokerage #1 | | None | | | Sold<br>(part) | 08/21/20 | J | A | |
| 111.  AQR Defensive Equity - Brokerage #1 | | None | | | Sold<br>(part) | 09/29/20 | J | A | |
| 112.  DFA International Value - Brokerage #1 | | None | | | Sold | 04/03/20 | K | A | |
| 113.  DFA US Small Cap Growth - Brokerage #1 | | None | | | Sold | 03/25/20 | J | A | |
| 114.  Invesco QQQ - Brokerage #1 | A | Dividend | K | T | Buy | 03/25/20 | J | | |
| 115.  Invesco QQQ - Brokerage #1 | | None | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 116.  Ishares Russell Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Buy | 05/22/20 | J | | |
| 117.  Ishares Russell 1000 - Brokerage #1 | A | Dividend | L | T | Buy | 03/03/20 | K | | |
| 118.  DFA US Small Cap - Brokerage #1 | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 119.  DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. DFA International Value - Retirement #8 | C | Dividend | M | T | Sold<br>(part) | 01/10/20 | K | A | |
| 121. DFA US Large Value - Retirement #8 | D | Dividend | N | T | Buy<br>(add'l) | 01/10/20 | L | | |
| 122. DFA US Small Value - Retirement #8 | | None | | | Sold<br>(part) | 01/10/20 | J | A | |
| 123. DFA US Small Value - Retirement #8 | | None | | | Sold | 03/25/20 | K | A | |
| 124. DFA US Micro Cap - Retirement #8 | A | Dividend | | | Sold<br>(part) | 01/10/20 | J | A | |
| 125. DFA US Micro Cap - Retirement #8 | | None | | | Sold | 05/19/20 | K | C | |
| 126. Dodge & Cox Stock - Retirement #8 | E | Dividend | N | T | | | | | |
| 127. DFA Int'l Small Cap Value - Retirement #8 | B | Dividend | L | T | Sold<br>(part) | 01/10/20 | J | A | |
| 128. First Eagle Overseas - Retirement #8 | A | Dividend | M | T | | | | | |
| 129. Hotchkis & Wiley Mid Cap Value -<br>Retirement #8 | | None | | | Sold | 01/10/20 | L | E | |
| 130. Morgan Stanley Emerging Markets -<br>Retirement #8 | B | Dividend | M | T | | | | | |
| 131. Morgan Stanley International Equity -<br>Retirement #8 | B | Dividend | M | T | Sold<br>(part) | 01/10/20 | J | A | |
| 132. Royce Opportunity - Retirement #8 | | None | L | T | Sold<br>(part) | 01/10/20 | J | A | |
| 133. Schwab Money Market Fund - Retirement<br>#8 | A | Dividend | L | T | | | | | |
| 134. Westcore Mid Cap Value - Retirement #8 | | None | | | Sold<br>(part) | 01/10/20 | J | B | |
| 135. Westcore Mid Cap Value - Retirement #8 | | None | | | Sold | 05/22/20 | L | D | |
| 136. William Blair Large Cap Growth -<br>Retirement #8 | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BlackRock Low Duration - Retirement #8 | D | Dividend | N | T | | | | | |
| 138. Metropolitan West Total Return - Retirement #8 | E | Dividend | N | T | Buy (add'l) | 01/10/20 | K | | |
| 139. William Blair Small Growth - Retirement #8 | D | Dividend | L | T | Sold (part) | 01/10/20 | J | A | |
| 140. Ivy Mid Growth - Retirement #8 | D | Dividend | M | T | Sold (part) | 01/10/20 | J | B | |
| 141. DFA Global Real Estate - Retirement #8 | B | Dividend | L | T | Sold (part) | 01/10/20 | J | B | |
| 142. Morgan Stanley AIP - Retirement #8 | | None | K | T | Sold (part) | 03/31/20 | L | A | |
| 143. Morgan Stanley AIP - Retirement #8 | | None | | | Sold (part) | 06/30/20 | K | A | |
| 144. Morgan Stanley AIP - Retirement #8 | | None | | | Sold (part) | 09/30/20 | K | A | |
| 145. DFA International Large Growth - Retirement #8 | B | Dividend | M | T | | | | | |
| 146. DFA Short Term Govt - Retirement #8 | A | Dividend | N | T | Sold (part) | 04/15/20 | K | A | |
| 147. DFA US Small Growth - Retirement #8 | | None | | | Sold | 03/25/20 | K | A | |
| 148. DFA Intl Small Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 149. AQR Defensive Equity - Retirement #8 | C | Dividend | N | T | Buy (add'l) | 01/10/20 | L | | |
| 150. DFA Int Term Governement Bond - Retirement #8 | D | Dividend | N | T | Buy (add'l) | 01/10/20 | K | | |
| 151. DFA US Small Cap - Retirement #8 | A | Dividend | L | T | Buy | 05/19/20 | K | | |
| 152. Invesco QQQ - Retirement #8 | A | Dividend | M | T | Buy | 03/25/20 | L | | |
| 153. Invesco QQQ - Retirement #8 | | None | | | Buy (add'l) | 03/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Invesco QQQ - Retirement #8 | | None | | | Buy (add'l) | 04/15/20 | K | | |
| 155. iShares Russell Mid Cap Value - Retirement #8 | A | Dividend | L | T | Buy | 05/22/20 | L | | |
| 156. JP Morgan Hedged Equity - Retirement #8 | A | Dividend | M | T | Buy | 03/31/20 | L | | |
| 157. JP Morgan Hedged Equity - Retirement #8 | | None | | | Buy (add'l) | 06/30/20 | K | | |
| 158. JP Morgan Hedged Equity - Retirement #8 | | None | | | Buy (add'l) | 12/31/20 | K | | |
| 159. Equitable Variable Life - Alliance Common Stock | | None | M | T | | | | | |
| 160. Equitable Variable Life - Alliance International | | None | K | T | | | | | |
| 161. PNC Bank Account | A | Interest | J | T | | | | | |
| 162. Nantucket Bank Account | A | Interest | J | T | | | | | |
| 163. First Trust Bank Account | A | Interest | K | T | | | | | |
| 164. 401K Plan - John Hancock Balanced | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gene E. Pratter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544